UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MARIA ERNESTINA GARCIA-FIERRO,<br><br>            Defendant. | CASE NO.: 22-CR-1287-RBM<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Setting scheduled for September 23, 2022 at 9:00 a.m. to October 28, 2022 at 9:00 a.m. be granted. It is further ordered that time is excluded under the Speedy Trial Act.

DATED: 9/21/2022

**RUTH BERMUDEZ MONTENEGRO**
United States District Judge